

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00132-CV

**ESCONDIDO RESOURCES II, LLC,**
Appellant

v.

**LAS TINAJAS MINERALS, LTD.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVI-000015-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

Appellant's unopposed motion to extend time to file the reply brief is granted. We order the reply brief due by November 5, 2020.

It is so **ORDERED** on October 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court